IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROBERT WEBB, JR.,                )
                                 )
           Plaintiff,            )
                                 )          CIVIL ACTION FILE
v.                               )
                                 )          NO. 1:10-cv-1561-TCB
ANTHONY DEMARLO, et al.,         )
                                 )
           Defendants.           )

## O R D E R

This matter is before the Court on Plaintiff's objections to the Magistrate Judge's Report and Recommendation [2], which recommends that the Court dismiss this pro se action without prejudice because it is frivolous.

In accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court must conduct a careful *de novo* review of the portions of the Report and Recommendation to which Plaintiff has objected. The Court reviews the remainder of the Report and Recommendation for plain error. *United States v. Slay,* 714 F.2d 1093, 1095 (11th Cir. 1983).

After careful review, the Court concludes that the Report and Recommendation is correct in both law and fact and that Plaintiff's objections are meritless. Therefore, the Court ADOPTS AS ITS ORDER the Report and Recommendation [2] and dismisses this action without prejudice. The CLERK is DIRECTED to close this case.

IT IS SO ORDERED this 7th day of July, 2010.

Timothy C. Batten, Sr.
United States District Judge